**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065 aml@lagomarsinolaw.com
cory@lagomarsinolaw.com
*Attorneys for Plaintiff John Doe E.L.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

JOHN DOE E.L, a minor, by and through his guardian, Tangia Little;

Plaintiff,

vs.

CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada, Clark County; JAYZELRONE PIMENTEL, an individual; RHEA LORENZO, an individual;

Defendants.

CASE NO.: 2:26-cv-00892-JAD-DJA

**ORDER COMPROMISING MINOR'S CLAIM**

WHEREAS, minor child, [redacted] filed an action through his legal guardian, Tangia Little, against Defendants, Clark County School District, Jayzelrone Pimentel and Rhea Lorenzo.

Minor child, [redacted] was awarded TWO HUNDRED THOUSAND DOLLARS and ZERO CENTS ($200,000.00), as a full and complete resolution arising out of his claims against Defendants.

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the petition for minor's compromise [**ECF No. 20] is GRANTED;** the $200,000.00 settlement for [redacted] is approved.

**IT IS HEREBY FURTHER ORDERED** that the full settlement amount has been apportioned as follows:

(a) $108,172.70 placed in the special needs trust account for the minor to be withdrawn, *see* **Petition for Compromising Minor's Claim.**

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241 • Henderson, Nevada 89052
Telephone (702) 383-2864 Facsimile (702) 383-0065

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241 • Henderson, Nevada 89052
Telephone (702) 383-2864 Facsimile (702) 383-0065

(b) $623.90 dispersed to Plaintiff's Medi-Cal subrogation lien for the date of loss of August 23, 2023;

(c) $3,945.63 dispersed to Plaintiff's Medi-Cal subrogation lien for the date of loss of January 15, 2025;

(d) $7,257.77 for attorney costs, payable to Lagomarsino Law; and

(d) $80,000.00 for attorney's fees to Lagomarsino Law based on a contingency fee agreement.

**IT IS HEREBY FURTHER ORDERED** that the Special Needs Trust in [redacted] full legal name (the "Trust"), attached as **Exhibit 4** to the *Renewed Petition*, is hereby established. Tangia Little is hereby appointed as initial Trustee. Tyrell Law, PLLC is hereby appointed as initial Trust Consultant.

**IT IS HEREBY FURTHER ORDERED** that within sixty (60) days of this order, $108,172.70 shall be placed into the special needs trust account for the benefit of the minor child, [redacted] and Trust Consultant, Tyrell Law, PLLC or Lagomarsino Law shall provide proof of said trust account.

**IT IS HEREBY FURTHER ORDERED** that Petitioner Tangia Little, legal guardian of minor [redacted] or the Trust Consultant approved above, shall establish a special needs trust account as provided by NRS 41.200(5) and 41.200(8), at Chase Bank, located at 5558 Camino Al Norte, Las Vegas, NV 89031.

Authorization to establish a special needs trust account for the benefit of the herein named minor is hereby given to Petitioner, Tangia Little, as legal guardian of said minor, [redacted] the Trust Consultant approved above, and LAGOMARSINO LAW or hi s representative.

**IT IS FURTHER ORDERED** that Petitioner and LAGOMARSINO LAW shall cause, within sixty (60) days of the date of this Order, proof to be filed with this Court that the trust account has been established.

**Counsel must appear for a status check on December 14, 2026, at 1:30 p.m.** in Courtroom 6D of the United States District Court for the District of Nevada, 333 Las Vegas Blvd. So., Las Vegas, Nevada 89101 to show compliance with this order. **In the event the proof of compliance and a stipulated dismissal have been filed before that date, the parties may call**

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241 • Henderson, Nevada 89052
Telephone (702) 383-2864 Facsimile (702) 383-0065

**Judge Dorsey's courtroom deputy, Summer Rivera, and ask that the hearing be vacated.**

**IT IS FURTHER ORDERED** that Petitioner Tangia Little, legal guardian of said minor, [redacted], is hereby allowed to administer the funds of the minor child, as provided herein and authorized by statute.

____________________________________
UNITED STATES DISTRICT COURT JUDGE

DATED: 10/5/26

Respectfully Submitted By:

**LAGOMARSINO LAW**

____________________________________
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
3005 W. Horizon Ridge Pkwy, #241
Henderson, Nevada 89052
*Attorneys for Plaintiff*